UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT ANDREW BRANDT<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:25-cv-00117-BAM<br><br>**ORDER ON APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK TO ISSUE SUMMONS AND SCHEDULING ORDER**<br><br>(Docs. 2, 5) |

On January 28, 2025, Plaintiff Kent Andrew Brandt ("Plaintiff"), through counsel, filed this action seeking judicial review of a final decision of the Commissioner of the Social Security Administration. (Doc. 1.) Plaintiff did not pay the filing fee and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Doc. 2). The Court found that Plaintiff's application was insufficient for the Court to determine if Plaintiff was entitled to proceed without prepayment of fees in this action, and ordered Plaintiff to file a long form application. (Doc. 3.)

On February 20, 2025, Plaintiff filed a long form in forma pauperis application clarifying that he received $1,650.00 per month from his mother who he lives with and did not depend on his wife's income following their separation. (Doc. 5.) Plaintiff has made the showing required by § 1915, and the request to proceed *in forma pauperis* will be granted. 28 U.S.C. § 1915(a).

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's application to procced *in forma pauperis* (Docs. 2, 5) is GRANTED;
2. The Clerk of the Court is directed to issue new case documents, including the Scheduling Order;
3. The Clerk of the Court also is directed to issue summons and service shall proceed under the Court's E-Service program with the Clerk delivering to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint.

IT IS SO ORDERED.

Dated: **February 21, 2025**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE