JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT ANDREW BRANDT,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>LELAND DUDEK, ACTING COMMISIONER OF SOCIAL SECURITY[1],<br><br>　　　Defendant. | Case No. 1:25-cv-00117-KES-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

　　　Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from May 19, 2025 to July 18, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

     This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week.  For the weeks of May 19, 2025 and July 26, 2025 Plaintiff's Counsel has eleven briefs due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                        Respectfully submitted,

Dated: May 6, 2025        PENA & BROMBERG, ATTORNEYS AT LAW

                    By: */s/ Jonathan Omar Pena*
                         JONATHAN OMAR PENA
                         Attorneys for Plaintiff

Dated: May 6, 2025        MICHELE BECKWITH
                              Acting United States Attorney
                              MATHEW W. PILE
                              Associate General Counsel
                              Office of Program Litigation
                              Social Security Administration

                    By:  **/s/ Justin Lane Martin*
                         Justin Lane Martin
                         Special Assistant United States Attorney
                         Attorneys for Defendant
                         (*As authorized by email on May 6, 2025)

## **ORDER**

Pursuant to the parties' stipulation, and cause appearing, Plaintiff's request for an extension of time to file a motion for summary judgment is GRANTED.[2] Plaintiff shall file his motion for summary judgment on or before July 18, 2025. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **May 7, 2025**        /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE

---

[2] Plaintiff reports that an extension is necessary due to merits briefs due for the weeks of May 19, 2025, and July 26, 2025.  The July 26, 2025 date appears to be a typographical error as:  (1) July 26, 2025, is a Saturday; (2) the week of *May* 26, 2025, is the week following May 19, 2025; and (3) Plaintiff is only requesting until July *18*, 2025, to file his motion for summary judgment.