DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT ANDREW BRANDT,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO, COMMISIONER OF SOCIAL SECURITY[1],<br><br>    Defendant. | Case No. 1:25-cv-00117-KES-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 7-day extension of time, from August 15, 2025 to August 22, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S REPLY

---

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

BRIEF . All other dates in the Court's Scheduling Order shall be extended accordingly.

  This is Plaintiff's second request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of August 11, 2025 and August 18, 2025, Plaintiff's Counsel has six merit briefs due and five reply briefs due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

          Respectfully submitted,

Dated: August 15, 2025  PENA & BROMBERG, ATTORNEYS AT LAW

         By: */s/ Dolly M. Trompeter*
           DOLLY M. TROMPETER
           Attorneys for Plaintiff


Dated: August 15, 2025   MICHELE BECKWITH
           Acting United States Attorney
           MATTHEW W. PILE
           Associate General Counsel
           Office of Program Litigation, Office 7


         By: */s/ Roseanne C. Gillette Lazzarotto*

           Roseanne C. Gillette Lazzarotto
           Special Assistant United States Attorney
           Attorneys for Defendant
           (*As authorized by email on August 15, 2025)

# **ORDER**

Pursuant to stipulation, and cause appearing, Plaintiff's request for an extension of time to file a reply brief is GRANTED. Plaintiff's reply brief shall be filed on or before August 22, 2025.

IT IS SO ORDERED.

Dated: **August 18, 2025**             /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE