**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENT ANDREW BRANDT,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,[1]<br><br>Defendant. | Case No. 1:25-cv-0117 KES FRS (SKO)<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFF'S APPEAL, DENYING THE COMMISSIONER'S REQUEST TO AFFIRM, AND REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF<br><br>(Docs. 16, 19, 24) |

Kent Andrew Brandt seeks judicial review of the decision denying his applications for a period of disability, disability insurance benefits, and supplemental security income.  Docs. 1, 16; *see also* Doc. 12-3 at 18-29.  The magistrate judge found the ALJ failed to identify "clear and convincing reasons" to reject Brandt's subjective complaints.  Doc. 24 at 9-12.  The magistrate judge found this error was not harmless, and remand was appropriate for reconsideration of Brandt's "reported symptoms and limitations." *Id.* at 12-13.  Thus, the magistrate judge recommended the court grant Brandt's motion for summary judgment, remand for further proceedings, and enter judgment in favor of Brandt. *Id.* at 13.

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano is substituted as the defendant in this suit.

1

The Court served the findings and recommendations on the parties and notified them that any objections were due within 14 days.  Doc. 24 at 13.  The Court advised the parties that the "failure to file objections within the specified time may result in the waiver of rights on appeal." *Id*. at 14 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).  Neither party filed objections, and the time to do so has passed.

Consistent with 28 U.S.C. § 636(b)(1), this court performed a de novo review of this case. Having carefully reviewed the matter, the court concludes the findings and recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1.    The findings and recommendations dated January 27, 2026 (Doc. 24) are **ADOPTED** in full.

2.    Plaintiff's motion for summary judgment (Doc. 16) is **GRANTED**.

3.    Defendant's request to affirm the administrative decision (Doc. 19) is **DENIED**.

4.    The matter is **REMANDED** for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), consistent with the court's findings.

5.    The Clerk of Court is directed to terminate pending motions; enter judgment in favor of Plaintiff Kent Andrew Brandt and against Defendant Frank Bisignano, Commissioner of Social Security; and to close this case.

IT IS SO ORDERED.

Dated:    February 11, 2026

_____
UNITED STATES DISTRICT JUDGE

2